AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ARTHUR SINGLETON,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:23-cr-25
4:24-cv-89

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's July 30, 2024 Order adopting the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Petitioner's 28 U.S.C. § 2255 motion is dismissed. The Court denies the issuance of a Certificate of Appealability, and denies Petitioner in forma pauperis status on appeal. This civil action stand closed.

Approved by: _[signature]_

July 31, 2024
Date

John E. Triplett, Clerk of Court
Clerk

_[signature]_
(By) Deputy Clerk

GAS Rev 10/2020